Daniel L. Reinganum, Esq. (034922011)
McDowell Posternock Apell & Detrick, P.C.
46 West Main Street
Maples Shade, NJ 08052
*Attorneys for Apex Mortgage Corp.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In the Matter of: | |
| Louis R. DiFranco, | Case No.: 15-18006-AMC |
|                 Debtor | |
| Apex Mortgage Corp., | |
|                 Movant | |
| v. | |
| Louis DiFranco | |
|                 Debtor | |
| William C. Miller | |
|                 Trustee | |

### ORDER CONFIRMING THE ABSENCE OF THE AUTOMATIC STAY

Upon the Application of Apex Mortgage Corporation, under Bankruptcy Code section 362(c)(4) for a comfort order confirming the absence of the automatic stay;

IT IS HEREBY confirmed that the automatic stay of Bankruptcy Code section 362 did not go into effect upon the filing of the instant bankruptcy case and Apex Mortgage Corp. is free to pursue any and all state Court remedies against the Debtor and against the properties located at:

        1827 S. Dover Street, Philadelphia, PA
        1941 S. 30th Street, Philadelphia, PA
        1900 S. Newkirk Street, Philadelphia, PA

Date: **July 15, 2016**

                                                        UNITED STATES BANKRUPTCY JUDGE