United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18006-amc
Louis DiFranco                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jul 15, 2016
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db             +Louis DiFranco,    1817 Dover Street,    Philadelphia, PA 19145-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
              DANIEL L. REINGANUM    on behalf of    APEX MORTGAGE CORP. dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
              DAVID   NEEREN    on behalf of Creditor    Apex Mortgage Corp dneeren@udren.com,   vbarber@udren.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KARINA   VELTER    on behalf of Creditor    NationStar Mortgage LLC amps@manleydeas.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              PETER E. MELTZER    on behalf of Creditor    US BANK N.A. mrivera@wglaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMORGAN CHASE BANK, NA
               mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
              ZACHARY   PERLICK    on behalf of Debtor Louis  DiFranco Perlick@verizon.net,   pireland1@verizon.net
                                                                                              TOTAL: 11

Daniel L. Reinganum, Esq. (034922011)
McDowell Posternock Apell & Detrick, P.C.
46 West Main Street
Maples Shade, NJ 08052
*Attorneys for Apex Mortgage Corp.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In the Matter of:** | |
| **Louis R. DiFranco,** | Case No.: 15-18006-AMC |
|             **Debtor** | |
| **Apex Mortgage Corp.,** | |
|             **Movant** | |
| v. | |
| **Louis DiFranco** | |
|             **Debtor** | |
| **William C. Miller** | |
|             **Trustee** | |

### ORDER CONFIRMING THE ABSENCE OF THE AUTOMATIC STAY

Upon the Application of Apex Mortgage Corporation, under Bankruptcy Code section 362(c)(4) for a comfort order confirming the absence of the automatic stay;

IT IS HEREBY confirmed that the automatic stay of Bankruptcy Code section 362 did not go into effect upon the filing of the instant bankruptcy case and Apex Mortgage Corp. is free to pursue any and all state Court remedies against the Debtor and against the properties located at:

    1827 S. Dover Street, Philadelphia, PA
    1941 S. 30th Street, Philadelphia, PA
    1900 S. Newkirk Street, Philadelphia, PA

Date: **July 15, 2016**

_____
UNITED STATES BANKRUPTCY JUDGE