IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Louis DiFranco | : | Case No.: 15-18006 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Ashely M. Chan |
| | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| Nationstar Mortgage LLC | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | | July 12, 2016 at 11:00 a.m. |
| | | |
| Louis DiFranco | | U.S. Bankruptcy Court |
| | | 900 Market Street |
| William C. Miller | | Philadelphia, PA 19107 |
| Respondents. | | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2016, upon consideration of the Motion for Approval of Loan Modification filed by Nationstar Mortgage LLC ("Creditor"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and the loan modification approved.

DATED: _____, 2016

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

15-036873_SCS2