Daniel L. Reinganum, Esq.
McDowell Posternock Apell & Detrick, P.C.
46 West Main Street
Maple Shade, NJ 08052
856-482-5544
DReinganum@MPADLaw.com
*Attorneys for Apex Mortgage Corp.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In the Matter of:** | |
| | **Case No.: 15-18006-AMC** |
| **Louis R. DiFranco,** | |
| **Debtor** | |

### PRAECIPE TO WITHDRAW APEX MORTGAGE CORP.'S OBJECTION TO CONFIRMATION OF PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly Withdraw Apex Mortgage Corp.'s Objection to Confirmation of the Debtor's Plan (Docket Entry No.: 21), without prejudice.

Respectfully,

    McDowell Posternock
    Apell & Detrick, P.C.

BY:    */s/ Daniel Reinganum*
        Daniel Reinganum, Esq.

Date: August 13, 2016