IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 15-18006 |
| **Louis DiFranco AKA Louis Di Franco** | Chapter 13 |
| | Judge Ashely M. Chan |
| Debtor(s) | * * * * * * * * * * * * * * * * * * * |
| | |
| **Nationstar Mortgage LLC** | Date and Time of Hearing |
| Movant, | Place of Hearing |
| vs | July 12, 2016 at 11:00 a.m. |
| | |
| **Rita Di Franco** | U.S. Bankruptcy Court |
| **Louis DiFranco AKA Louis Di Franco** | 900 Market Street |
| | Philadelphia, PA 19107 |
| **William C. Miller** | |
| Respondents. | Related Document # 58 |

## ORDER OF COURT

AND NOW, to wit, this  16th  day of   August           , 2016, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.    The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.    Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

4

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107 (notified by ecf)

Zachary Perlick, Attorney for Debtor and/or Co-Debtor, 1420 Walnut Street, Suite 718, Philadelphia, PA  19102 (notified by ecf)

Rita Di Franco and Louis DiFranco AKA Louis Di Franco, Debtor and/or Co-Debtor, 1817 Dover Street, Philadelphia, PA  19145 (notified by regular US Mail)

Rita Di Franco and Louis DiFranco AKA Louis Di Franco, Debtor and/or Co-Debtor, 1817 S Dover St, Philadelphia, PA 19145 (notified by regular US Mail)