United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18006-amc
Louis DiFranco                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Aug 16, 2016
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.
db             +Louis DiFranco,    1817 Dover Street,    Philadelphia, PA 19145-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:
      DANIEL L. REINGANUM    on behalf of    APEX MORTGAGE CORP. dreinganum@MPADLaw.com,
      kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
      DAVID   NEEREN    on behalf of Creditor    Apex Mortgage Corp dneeren@udren.com,   vbarber@udren.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company
      bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      KARINA   VELTER    on behalf of Creditor    NationStar Mortgage LLC amps@manleydeas.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
      james.feighan@phila.gov
      PETER E. MELTZER    on behalf of Creditor    US BANK N.A. mrivera@wglaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A.
      mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMORGAN CHASE BANK, NA
      mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
      ZACHARY   PERLICK    on behalf of Debtor Louis  DiFranco Perlick@verizon.net,   pireland1@verizon.net
                                                                                                                      TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 15-18006 |
| **Louis DiFranco AKA Louis Di Franco** | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Nationstar Mortgage LLC** | : | Date and Time of Hearing |
| **Movant,** | : | Place of Hearing |
| vs | : | July 12, 2016 at 11:00 a.m. |
| | : | |
| **Rita Di Franco** | : | U.S. Bankruptcy Court |
| **Louis DiFranco AKA Louis Di Franco** | : | 900 Market Street |
| | : | Philadelphia, PA 19107 |
| **William C. Miller** | : | |
| **Respondents.** | | Related Document # 58 |

### ORDER OF COURT

AND NOW, to wit, this  16th  day of   August          , 2016, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107 (notified by ecf)

Zachary Perlick, Attorney for Debtor and/or Co-Debtor, 1420 Walnut Street, Suite 718, Philadelphia, PA  19102 (notified by ecf)

Rita Di Franco and Louis DiFranco AKA Louis Di Franco, Debtor and/or Co-Debtor, 1817 Dover Street, Philadelphia, PA  19145 (notified by regular US Mail)

Rita Di Franco and Louis DiFranco AKA Louis Di Franco, Debtor and/or Co-Debtor, 1817 S Dover St, Philadelphia, PA 19145 (notified by regular US Mail)