IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | LOUIS DIFRANCO | : | CHAPTER 13 |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 15-18006 AMC |

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $6,500.00 |
| Total expense cost: | $ 20.00 |
| Attorney fee already paid by Debtor | $ 975.00 |
| Net amount to be paid by Trustee | $5,545.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Dated: 8/22/16

cc: William C. Miller, Trustee
PO Box 40119
Philadelphia, PA 19106


Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102