United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-18006-amc
Louis DiFranco                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Aug 23, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2016.
db              +Louis DiFranco,    1817 Dover Street,    Philadelphia, PA 19145-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2016 at the address(es) listed below:
      DANIEL L. REINGANUM    on behalf of    APEX MORTGAGE CORP. dreinganum@MPADLaw.com,
       kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
      DAVID  NEEREN    on behalf of Creditor    Apex Mortgage Corp dneeren@udren.com,    vbarber@udren.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      KARINA  VELTER    on behalf of Creditor    NationStar Mortgage LLC amps@manleydeas.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
       james.feighan@phila.gov
      PETER E. MELTZER    on behalf of Creditor    US BANK N.A. mrivera@wglaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A.
       mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMORGAN CHASE BANK, NA
       mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
      ZACHARY  PERLICK    on behalf of Debtor Louis  DiFranco Perlick@verizon.net,    pireland1@verizon.net
                                                                                                                          TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    LOUIS DIFRANCO    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 15-18006 AMC

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $6,500.00 |
| Total expense cost: | $ 20.00 |
| Attorney fee already paid by Debtor | $ 975.00 |
| Net amount to be paid by Trustee | $5,545.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Dated: 8/24/16

cc:    William C. Miller, Trustee
PO Box 40119
Philadelphia, PA 19106


Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102