```
        IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:        LOUIS DIFRANCO        :    CHAPTER 13
                                    :
                                    :
              DEBTOR                :    BANKRUPTCY No. 15-18006

**ORDER**

Upon consideration of the Debtor's Praecipe to Dismiss his Chapter 13 Case and Application for Compensation and Reimbursement of Expenses for Zachary Perlick, Esquire, counsel for Debtor's (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on January 10, 2017, at 11:00 a.m. in Bankruptcy Courtroom No. 2, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before December 16, 2016.

**Date: December 14, 2016**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:    Zachary Perlick, Esquire
       1420 Walnut Street, Suite 718
       Philadelphia, PA 19102

       Louis Difranco
       1817 S. Dover St.
       Philadelphia, PA 19145

       William C. Miller, Esquire
       Chapter 13 Standing Trustee
       P.O. Box 40119
       Philadelphia, PA 19106-0119