```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 15-18006-amc
Louis DiFranco                                                      Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2            User: Antoinett            Page 1 of 2             Date Rcvd: Dec 14, 2016
                                Form ID: pdf900            Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
db             +Louis DiFranco,    1817 Dover Street,    Philadelphia, PA 19145-1621
cr             +JPMORGAN CHASE BANK, NA,    201 N. Central Ave,    Floor 11,   Phoenix, AZ 85004-1071
cr             +JPMorgan Chase Bank, N.A.,    201 N Central Ave, Fl 11,    Phoenix, AZ 85004-1071
13628353       +Altair OH XIII, LLC,    c/o Weinstein, Pinson & Riley, PS,    2001 Western Ave.,    Suite 400,
                 Seattle, WA 98121-3132
13628356        Citibank,   P.O. Box 6305,    The Lakes, NV 88901-6305
13723294        Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
13628359        JP Morgan Chase Bank,    P.O. Box 29505-AZ1-1191,    Phoenix, AZ 85038
13628358       +Jefferson University Hospitals,    c/o State Collection Service, Inc.,    2509 S. Stoughton Rd.,
                 PO Box 6250,    Madison, WI 53716-0250
13628360       +Methodist Hospital,    c/o Tabas & Rosen, PC,    1601 Market Street,   Suite 2300,
                 Philadelphia, PA 19103-2306
13628361      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,     350 Highland Drive,   Lewisville, TX 75067)
13628362        Nissan Motor Acceptance Corp.,    P.o. Box 660366,    Dallas, TX 75266-0366
13628363       +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13653135       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13644085       +Santander Bank, N.A.,    824 North Market Street,    Suite 100,   Wilmington, DE 19801-4937
13645080       +Santander Consumer USA, Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13628367       +U.S. Bank National Assocation,    1661 Worthington Rd.,    Suite 100,
                 West Palm Beach, FL 33409-6493
13628369        Window Wizards, Inc.,    P.O. Box 2068,   Rte. 13 & PA Turnpike,    Bristol, PA 19007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 15 2016 01:33:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2016 01:32:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2016 01:33:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Dec 15 2016 01:33:16     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13628355       +E-mail/Text: pseymour@apexmtg.com Dec 15 2016 01:32:47     APEX Mortgage Corp.,
                 1300 Virginia Drive, Suite 400,    Fort Washington, PA 19034-3210
13628354        E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 15 2016 01:33:04     American Honda Finance Co.,
                 P.O. Box 168088,   Irving, TX 75016-8088
13653700        +E-mail/Text: pseymour@apexmtg.com Dec 15 2016 01:32:47    Apex Mortgage Corporation,
                 1 Walnut Grove Drive,   Horsham, PA 19044-2201
13712547       +E-mail/Text: bncmail@w-legal.com Dec 15 2016 01:33:05     CASHCALL, INC.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13726149       +E-mail/Text: bankruptcy@phila.gov Dec 15 2016 01:33:16
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13628357       +E-mail/Text: bankruptcy@phila.gov Dec 15 2016 01:33:16     City of Philadelphia,
                 Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,   Philadelphia, PA 19102-1504
13701428       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 15 2016 01:32:49      PECO Energy Company,
                 Attn: Merrick Friel,   2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13628364        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2016 01:37:48
                 Portfolio Recovery Associates,    PO Box 41067,   Norfolk, VA 23541
13650007       +E-mail/Text: equiles@philapark.org Dec 15 2016 01:33:25     Philadelphia Parking Authority,
                 701 Market St.,   Suite 5400,   Philadelphia, PA 19106-2895
13628365       +E-mail/Text: bankruptcy@td.com Dec 15 2016 01:33:02     TD Bank,   1701 Route 70 East,
                 Cherry Hill, NJ 08003-2335
                                                                                                TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13628368        various residential leases
13644089        various residential leases
13644077*      +APEX Mortgage Corp.,    1300 Virginia Drive, Suite 400,   Fort Washington, PA 19034-3210
13644076*      +Altair OH XIII, LLC,    c/o Weinstein, Pinson & Riley, PS,    2001 Western Ave.,   Suite 400,
                 Seattle, WA 98121-3132
13644078*       Citibank,   P.O. Box 6305,    The Lakes, NV 88901-6305
13644079*      +City of Philadelphia,    Law Department, Enforecment Div.,   1515 Arch Street, 15th Fl.,
                 Philadelphia, PA 19102-1504
13644080*      +Jefferson University Hospitals,    c/o State Collection Service, Inc.,   2509 S. Stoughton Rd.,
                 PO Box 6250,   Madison, WI 53716-0250
13644081*      +Methodist Hospital,    c/o Tabas & Rosen, PC,   1601 Market Street,   Suite 2300,
                 Philadelphia, PA 19103-2306
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Dec 14, 2016
                              Form ID: pdf900              Total Noticed: 31


             ***** BYPASSED RECIPIENTS (continued) *****
13644082*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage,    350 Highland Drive,   Lewisville, TX 75067)
13708478*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,    Attention: Bankruptcy Department,
                   PO Box 619096,   Dallas TX 75261-9741)
13644083*        +PECO Bankruptcy Collections,    2301 Market Street, N3-1,   Philadelphia, PA 19103-1338
13644084*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates,    PO Box 41067,   Norfolk, VA 23541)
13637258*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
13644086*        +TD Bank,   1701 Route 70 East,    Cherry Hill, NJ 08003-2335
13644087*         The CBE Group, Inc.,    PO Box 2695,   WWaterloo, IA 50704-2695
13644088*        +U.S. Bank National Assocation,    1661 Worthington Rd.,    Suite 100,
                   West Palm Beach, FL 33409-6493
13644090*         Window Wizards, Inc.,    P.O. Box 2068,   Rte. 13 & PA Turnpike,    Bristol, PA 19007
13628366         ##The CBE Group, Inc.,    PO Box 2695,   WWaterloo, IA 50704-2695
                                                                                              TOTALS: 2, * 15, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
              DANIEL L. REINGANUM    on behalf of    APEX MORTGAGE CORP. dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
              DAVID   NEEREN    on behalf of Creditor    Apex Mortgage Corp dneeren@udren.com,   vbarber@udren.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KARINA   VELTER    on behalf of Creditor    NationStar Mortgage LLC amps@manleydeas.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              PETER E. MELTZER    on behalf of Creditor    US BANK N.A. mrivera@wglaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMORGAN CHASE BANK, NA
               mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
              ZACHARY   PERLICK    on behalf of Debtor Louis  DiFranco Perlick@verizon.net,   pireland1@verizon.net
                                                                                              TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | LOUIS DIFRANCO | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 15-18006 |

**ORDER**

Upon consideration of the Debtor's Praecipe to Dismiss his Chapter 13 Case and Application for Compensation and Reimbursement of Expenses for Zachary Perlick, Esquire, counsel for Debtor's (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on January 10, 2017, at 11:00 a.m. in Bankruptcy Courtroom No. 2, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before December 16, 2016.

**Date: December 14, 2016**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:   Zachary Perlick, Esquire
       1420 Walnut Street, Suite 718
       Philadelphia, PA 19102

       Louis Difranco
       1817 S. Dover St.
       Philadelphia, PA 19145

       William C. Miller, Esquire
       Chapter 13 Standing Trustee
       P.O. Box 40119
       Philadelphia, PA 19106-0119