| Timothy B. McGrath<br>Clerk of Court | **UNITED STATES BANKRUPTCY COURT**<br>EASTERN DISTRICT OF PENNSYLVANIA<br>Robert N.C. Nix Building<br>900 MARKET STREET<br>Suite 400<br>PHILADELPHIA, PA 19107-4299 | Clerk's Office<br>Telephone<br>(215) 408-2800<br><br>Divisional Office<br>201 Penn Street<br>Suite 103<br>Reading, PA 19601<br>(610)208-5040 |

February 3, 2023

Re: Louis DiFranco
Bankruptcy No. 15-18006

Dear Mr. DiFranco

This is in response to your recent letter regarding your credit report. It is not the policy of the court to report to any credit agency, nor do we intercede with the removal of questionable reporting.

If you have any questions, you may contact us at 215-408-2800, extension 2851.

Very truly yours,

Timothy B. McGrath
Clerk of Court


BY: <u>Virginia S. De Buvitz</u>
      Deputy Clerk